## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLEY JAMES,** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-2374** |
| **CAROLYN THOMAS, ET AL.** | **SECTION "H"(1)** |

### ORDER

The Court, having considered the Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Supplemental Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge, as supplemented, and adopts it as its opinion in this matter.[1]

Therefore,

**IT IS THEREFORE ORDERED** that Charley James's federal civil rights claims against defendants Carolyn Thomas and Mrs. Ellington are **DISMISSED** pursuant to 28 U.S.C. § 1915, § 1915(e), § 1915A, and 42 U.S.C. § 1997e as frivolous and otherwise for failure to state a claim for which relief can be granted.

**ALTERNATIVELY**, it is **ORDERED** that the claims against

---

[1] Plaintiff filed Objections to the Magistrate Judge's Supplemental Report and Recommendation. Doc. 11. However, the Court notes that the issues raised in Plaintiff's Objections are also—and more properly—raised in Plaintiff's related habeas corpus action pursuant to 28 U.S.C. § 2241, which is also pending before this Court. *See* Charley James v. Carolyn Thomas, No. 26-140 (E.D. La. filed March 2, 2026).

defendants Thomas and Ellington in their individual capacities are **DISMISSED** to their being asserted until the <u>Heck</u> conditions are met.

**ALTERNATIVELY**, it is **ORDERED** the claims against defendants Thomas and Ellington in their official capacities are **DISMISSED WITHOUT PREJUDICE** on the basis of Eleventh Amendment immunity.

New Orleans, Louisiana, this 12th day of March 2026.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**